PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. Mario Pellot-Acevedo                                          Docket No.:  3:24CR33-7

**Petition for Action on Conditions of Pretrial Release**

COMES NOW MICHAEL C. DEHAVEN, U. S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Mario Pellot-Acevedo, who was placed under pretrial release supervision by the Honorable Robert W. Trumble, United States Magistrate Judge, sitting in the Court at Martinsburg, West Virginia, on August 14, 2024, under the following conditions:

See Attached Order Setting Conditions of Release

Respectfully presenting petition for action of Court for cause as follows:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation Number         Nature of Non-Compliance

1                        **Condition 1**: The defendant must not violate Federal, state, or local law while on release.

On October 21, 2024, the defendant was cited by an officer with the Martinsburg Police Department for the offenses of No Operators and No Proof of Insurance. The defendant appropriately reported this contact with law enforcement by leaving a voicemail with the undersigned officer the following morning, October 22, 2024.

On March 12, 2025, the undersigned officer received records from the Martinsburg Municipal Court reflecting that the defendant had pled guilty to the charge of No Operators and had been fined $154. The charge of No Proof of Insurance was dismissed.

The supplied records also indicated that, at the same time as the above charges were disposed, several additional matters before the court involving the defendant were resolved. Specifically, he pled guilty to counts of No Operators, Obstructing Police, and Failure to Appear, all of which had been pending since before the defendant's release to Federal pretrial supervision.

On April 22, 2025, the undersigned officer met with the defendant during his scheduled monthly report to the probation office. Immediately prior to the contact, the undersigned officer observed a vehicle belonging to the defendant, a silver Toyota SUV, parked across the street from the Federal

building's front entrance. The undersigned officer questioned the defendant as to the status of his driver's license, and the defendant acknowledged that he does not possess a valid license. When asked about how he had gotten to the probation office, the defendant stated that a friend had driven him.

The undersigned officer told the defendant that he believed these statements to be false. The undersigned officer expressed a belief that the defendant had driven himself to the office, and the defendant confirmed that this was correct. At the direction of the pretrial services officer, the defendant made arrangements for an associate to pick him up at the probation office and drive him home.

**PETITIONING THE COURT**

☐ To issue a warrant
☐ To issue a summons
☒ **XX** Neither

U. S. Pretrial Services Officer Recommendation: The undersigned officer will continue to engage with the defendant on resolving his transportation/driver's license concerns. Continued disregard of the law on the part of the defendant is likely to result in a request for intervention of the Court.

The term of supervision should be:

☐ Revoked
☒ **XX** No action taken at this time
☐ The conditions of supervision should be modified as follows:



Respectfully,

_____
Michael C. DeHaven
U. S. Pretrial Services Officer
Place:  Martinsburg, West Virginia
Date:   April 25, 2025

THE COURT ORDERS

[x] No action

[ ] The Issuance of a Warrant and upon arrest detained and the petition in the matter be unsealed.

[ ] The Issuance of a Summons

[ ] Other

ORDER OF COURT

Considered and ordered this 25th day of April, 2025, and ordered filed and made a part of the records in the above case.

*Robert W. Trumble* (signature)

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

United States of America )
v. )
) Case No.   3:24CR33-7
Mario Pellot-Acevedo )
*Defendant* )

**FILED**

AUG 1 4 2024

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: W. Craig Broadwater Federal Building and U.S. Courthouse
217 West King Street
Martinsburg, West Virginia 25401
*Place*

on _____
*Date and Time*

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
*Custodian*   *Date*

## ADDITIONAL CONDITIONS OF RELEASE

( X ) (7) The defendant shall:
    ( X ) (a) submit to supervision by and report for supervision to   United States Probation, telephone number   304-267-0778,   no later than   AS DIRECTED.
    (  ) (b) continue or actively seek employment.
    (  ) (c) continue or start an education program.
    ( X ) (d) surrender any passport to:   Clerk, WVND
    ( X ) (e) not obtain a passport or other international travel document.
    ( X ) (f) abide by the following restrictions on personal association, residence, or travel:   travel restricted to Northern District of West Virginia unless approved in advance by Pretrial Services.
    ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   anyone who is named in the indictment/information against you unless that person is your spouse, child, parent or sibling.
    (  ) (h) get medical or psychiatric treatment:
    (  ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:
    (  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( X ) (k) not possess a firearm, destructive device, or other weapon.
    ( X ) (l) not consume alcohol.
    ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. If directed, the defendant shall complete an inpatient substance abuse treatment and follow all the aftercare requirements.
    (  ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

        (  ) (i) **Curfew.** You are restricted to your residence everyday from _____ to _____ or as directed by the pretrial services office or supervising officer; or
        (  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

    (  ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        (  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    ( X ) (s) not purchase, possess or use any paraphernalia related to any controlled substance.
    ( X ) (t) not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.
    ( X ) (u) not abuse prescription medication.
    ( X ) (v) shall be prohibited from possessing a potentially vicious/dangerous animal or residing with anyone who possesses a potentially vicious animal. The Probation Officer has sole authority to determine what animals are considered to be potentially vicious/dangerous.
    (  ) (w) participate in a program of mental health counseling if directed by the pretrial services office or supervising officer.
    ( X ) (x) shall have all firearms, destructive devices, and other weapons removed from any property owned, accessed, or inhabited by the defendant. Removal must be conducted by someone other than the defendant and shall be completed prior to the defendant's return to the property.
    ( X ) (y) shall follow all instructions of the pretrial services office or supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Marie Pellot_
Defendant's Signature

_Martinsburg   WV_
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _August 14, 2024_

_Robert W. Trumble_
Judicial Officer's Signature

Robert W. Trumble, United States Magistrate Judge
Printed name and title

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

```
3/12/2025  1:50 PM           Defendant History Report
----------------------------------------------------------------------
NAME:   PELLOT-ACEVEDO, MARIO           DOB:
RACE/SEX:            ALIASES: 0         DL#:
----------------------------------------------------------------------
Citation Number     Type      Issued      Filed       #Viol     Balance
----------------------------------------------------------------------
3801382             Regular   10/21/2024  10/28/2024  2         58.00

   Violation 01
      Docket Number:    24YR002218
      Current Charge:   NO OPERATORS
                                                   Date        Time
      Current Status:   EXTENSION OF TIME TO PAY   4/07/2025   9:40 AM

      Plea Entered:     GUILTY            Assessed Amount:       154.00
      Plea Date:        10/23/2024        Amount Paid:            96.00
      Verdict/Finding:  NONE              Non-cash Credit:         0.00
      Conviction Date:  11/08/2024        Pending Payments:        0.00
                                          Current Balance:        58.00

   Violation 02
      Docket Number:    24YR002219
      Current Charge:   NO PROOF INSURANCE
                                                   Date        Time
      Current Status:   DISMISSED BY JUDGE         11/08/2024  12:00 AM

      Plea Entered:     DISMISSED         Assessed Amount:         0.00
      Plea Date:        11/08/2024        Amount Paid:             0.00
      Verdict/Finding:  NONE              Non-cash Credit:         0.00
      Conviction Date:  NONE              Pending Payments:        0.00
                                          Current Balance:         0.00
----------------------------------------------------------------------
Citation Number     Type      Issued      Filed       #Viol     Balance
----------------------------------------------------------------------
MC015391            Regular   11/15/2023  10/21/2024  1         239.00

   Violation 01
      Docket Number:    24YR002135
      Current Charge:   FAILURE TO APPEAR
                                                   Date        Time
      Current Status:   EXTENSION OF TIME TO PAY   4/07/2025   9:40 AM

      Plea Entered:     GUILTY            Assessed Amount:       239.00
      Plea Date:        10/23/2024        Amount Paid:             0.00
      Verdict/Finding:  NONE              Non-cash Credit:         0.00
      Conviction Date:  10/23/2024        Pending Payments:        0.00
                                          Current Balance:       239.00
```

```
3/12/2025  1:50 PM              Defendant History Report                        Page:    2

NAME:  PELLOT-ACEVEDO, MARIO               DOB:
RACE/SEX: U/M         ALIASES: 0           DL#:
```




```
                                                      Current Balance:              0.00

Violation 02
   Docket Number:    20YR010292
   Current Charge:   NO PROOF INSURANCE
                                                         Date              Time
   Current Status:   DOCKET CLOSED                     3/28/2022          2:26 PM

   Plea Entered:     GUILTY                Assessed Amount:              309.00
   Plea Date:        10/25/2021            Amount Paid:                  309.00
   Verdict/Finding:  NONE                  Non-cash Credit:                0.00
   Conviction Date:  10/25/2021            Pending Payments:               0.00
                                           Current Balance:                0.00

-----------------------------------------------------------------------------------
Citation Number     Type      Issued        Filed        #Viol        Balance
-----------------------------------------------------------------------------------
3678614             Regular   8/15/2023    9/01/2023      1             0.00

   Violation 01
      Docket Number:    22YR007927
      Current Charge:   NO OPERATORS
                                                         Date              Time
      Current Status:   DOCKET CLOSED                  2/10/2025          1:05 PM

      Plea Entered:     GUILTY             Assessed Amount:              154.00
      Plea Date:        10/23/2024         Amount Paid:                  154.00
      Verdict/Finding:  NONE               Non-cash Credit:                0.00
      Conviction Date:  10/23/2024         Pending Payments:               0.00
                                           Current Balance:                0.00

-----------------------------------------------------------------------------------
Citation Number     Type      Issued        Filed        #Viol        Balance
-----------------------------------------------------------------------------------
3678615             Regular   8/15/2023    8/30/2023      1           374.00

   Violation 01
      Docket Number:    22YR007885
      Current Charge:   OBSTRUCTING POLICE
                                                         Date              Time
      Current Status:   EXTENSION OF TIME TO PAY       4/07/2025          9:40 AM

      Plea Entered:     GUILTY             Assessed Amount:              374.00
      Plea Date:        10/23/2024         Amount Paid:                    0.00
      Verdict/Finding:  NONE               Non-cash Credit:                0.00
      Conviction Date:  10/23/2024         Pending Payments:               0.00
                                           Current Balance:              374.00

-----------------------------------------------------------------------------------
```